AO 442 (Rev. 11/11) Arrest Warrant

United States District Court
District of Connecticut
FILED AT HARTFORD
October 10 ,2025
By R. Mayer
Deputy Clerk

# UNITED STATES DISTRICT COURT

for the

District of Connecticut

United States of America
v.
COREY LEWIS
*Defendant*

Case No. 3:25MJ 962 (RAR)

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay *(name of person to be arrested)* COREY LEWIS,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☑ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 922(g)(1) (Possession of a Firearm and Ammunition by a Convicted Felon), 18 U.S.C. § 922(j) (Possession of a Stolen Firearm), 18 U.S.C. § 933 (Firearms Trafficking), 21 U.S.C. § 841 (Possession with Intent to Distribute and Distribution of Controlled Substances) and 21 U.S.C. § 846 (Conspiracy to Possess with Intent to Distribute and to Distribute Controlled Substances)

Date: 10/10/2025

[signature]
*Issuing officer's signature*

City and state: Hartford, Connecticut

Honorable Robert A. Richardson, U.S. Magistrate Judge
*Printed name and title*

**Return**

This warrant was received on *(date)* ________, and the person was arrested on *(date)* ________
at *(city and state)* ________.

Date: ________

________
*Arresting officer's signature*

________
*Printed name and title*

**This second page contains personal identifiers provided for law-enforcement use only and therefore should not be filed in court with the executed warrant unless under seal.**

***(Not for Public Disclosure)***

Name of defendant/offender: ______

Known aliases: ______

Last known residence: ______

Prior addresses to which defendant/offender may still have ties: ______

Last known employment: ______

Last known telephone numbers: ______

Place of birth: ______

Date of birth: ______

Social Security number: ______

Height: ______ Weight: ______

Sex: ______ Race: ______

Hair: ______ Eyes: ______

Scars, tattoos, other distinguishing marks: ______

History of violence, weapons, drug use: ______

Known family, friends, and other associates *(name, relation, address, phone number)*: ______

FBI number: ______

Complete description of auto: ______

Investigative agency and address: ______

Name and telephone numbers (office and cell) of pretrial services or probation officer *(if applicable)*: ______

Date of last contact with pretrial services or probation officer *(if applicable)*: ______